IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02308-WDM-MJW

ROBYNE HENDERSON, et al

Plaintiff(s),

v.

VOLUNTEERS OF AMERICA HOMESTEAD 2000, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint, DN 10, filed with the Court on November 14, 2008, is GRANTED and the Second Amended Complaint is accepted for filing as of the date of this order.

Date: November 19, 2008