IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02308-WDM-MJW

ROBYNE HENDERSON, et al.,

    Plaintiffs,

v.

VOLUNTEERS OF AMERICA HOMESTEAD 2000, INC.

    Defendant.

---

**NOTICE OF DISMISSAL**

---

The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on December 23, 2008.

                        BY THE COURT:

                        s/ Walker D. Miller
                        United States Senior District Judge